LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Apt. 1DD
New York, New York 10021

OF COUNSEL                                                      TELEPHONE:  917-374-4666
STEPHANIE CARVLIN, ESQ.                                        E-MAIL: allan@haberesq.com
GEORGES G. LEDERMAN, ESQ.

ASSOCIATE
JACOB BARCLAY MITCHELL, ESQ.

                                                September 15, 2020

Honorable William H. Pauley III                        Application granted.
District Court Judge
US Courthouse, S.D.N.Y.
500 Pearl Street                                          SO ORDERED:
New York, NY 10007

Re: United States v. Jaime Santana
      Ind. No.  19 Cr. 734(WHP)                           WILLIAM H. PAULEY III
                                                                 U.S.D.J.

Dear Judge Pauley III:                                    September 15, 2020

        I write to request the services of a mitigation expert in the above matter.  On September
3, 2020, Jaime Santana pled-guilt, by video conference to participating in a racketeering
conspiracy (18 U.S.C. 1962(d); and conspiracy to possess and distribute 50 grams or more of
methamphetamine, and detectable amounts of cocaine pursuant to 21 U.S.C. 841(b)(1)(B).  He
admitted, under oath, membership in the MS-13 enterprise. Although Mr. Santana speaks good
English his reading and writing leave much to be desired.  Additionally, he has a mental-health
issue that requires obtaining medical records from a number of different facilities. Most of his
family lives in the greater NYC area so would be readily accessible to my expert. He also has
some family in TN, however, they can be interviewed by telephone in order to avoid travel.

        My expert is Kathleen O'Boyle who is on the approved CJA mitigation list for capital
offenses.  I have worked with Ms. O'Boyle over the years on capital and non-capital cases and
know her to be an outstanding mitigation expert. Ms. O'Boyle was vast experience in criminal
justice having worked in the field for over 20 years.

        I have discussed the case with Ms. O'Boyle and she believes she can complete the report
in under 50 hours. As a consequence I am requesting 40 hours on her behalf at the low end of the
new presumptive rate of  $125.00 per hour for a total of $5,000.00

 If you approve this request I will forward a copy to the CJA clerk so they can add Ms.
O'Boyle to my voucher.

Thank you for your consideration.

                                            Respectfully,
                                            _____/s/_____
APH: fms                                    Allan P. Haber, Esq.