UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                - v. -

    JAIME SANTANA,

               Defendant.
------------------------------------------------------------------------X

ORDER

19 Cr. 734 (WHP)

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 3, 2020;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: September 21, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.