LAW OFFICES OF

# ALLAN P. HABER, ESQ.
220 East 73rd Street, Suite # 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

November 11, 2020

Honorable William H. Pauley, III
District Court Judge, S.D.N.Y.
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10009

Re: United States v. Jamie Santana
    19 Cr. 734(WHP)

Dear Judge Pauley:

    I write to request an adjournment of sentencing on the above matter. My mitigation expert has just been diagnosed with a medical issue that requires surgery. Currently it is scheduled for early December but because of the CORONA-19 virus there may be delays in the process.

    Additionally, Ms. O'Boyle is attempting to get copies of Mr. Santana's medical records from Tennessee. These records are crucial to explain abnormal conduct by Mr. Santana many years ago when he was stabilizing on medication for his mental health problems with schizophrenia. Under the circumstances she is not working at her normal efficiency level and has requested an adjournment in order to complete her assignment. We are requesting any date in late January 2021 that works for the Court and the Government. The Government consents to this adjournment should the Court approve it.

    Thank you for your consideration.

Respectfully,

_____s/s_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Anden Chow

---

*Judge's handwritten order:*

Application granted. Sentencing adjourned to February 2, 2021 at 11:00 a.m.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

November 12, 2020