LAW OFFICES OF

# ALLAN P. HABER, ESQ.

220 East 73rd Street, Suite # 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

March 29, 2021

Honorable William H. Pauley, III
District Court Judge, S.D.N.Y.
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10009

Re: United States v. Jamie Santana
    19 Cr. 734(WHP)

Dear Judge Pauley:

     I write to request an adjournment for the above sentencing currently scheduled for April 6, 202. It is my understanding that the Court is not yet holding in-court proceedings and does not expect to do so until the middle of May 2021.   As a consequence, with the Court's permission and consent, please schedule a new date that  is convenient to the Court and the Government, any time during or after the week of, May 17, 2021.

     It is my understanding that the Government consents to this delay which has been requested by Mr. Santana so that he may be sentenced in person, in-court, where some members of his family can be present in support of his request for leniency.

     Thank you for your consideration.

Respectfully,

_____s/s_____
Allan P. Haber, Esq.

APH: fms
cc: AUSA Justin V. Rodriguez