UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                               :        19 Cr. 734 (WHP)

Jaime Santana                                            :        <u>ORDER</u>

                       Defendants.            :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The sentencing scheduled for June 17, 2021 is adjourned to a date to be determined.

Dated: June 15, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.