UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,        :

               v.                          :         19-CR-734-2 (VSB)

JAIME SANTANA                      :         **ORDER**

                      Defendant.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 13, 2021, Defendant Jaime Santana was sentenced principally to a term of imprisonment of 110 months.

      On January 18, 2024, the defendant filed a letter seeking to understand if he is eligible for a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment, which went into effect on November 1, 2023 and applies retroactively. (Doc. 207.) The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction. (Sealed Doc. 209.)

      It is hereby ORDERED that defendant is ineligible for this reduction because the guideline amendments do not change the defendant's total Offense Level or Criminal History Category. Defendant's motion is therefore DENIED. The Clerk of Court is respectfully directed to mail a copy of this Order to the defendant (Reg. No. 26279-075) at USP Canaan, U.S. Penitentiary, P.O. Box 300, Waymart, PA 18472.

SO ORDERED.

Dated: April 17, 2025
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge