UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,      :

                                    :

          v.                     :

                                    :          19-CR-734-2 (VSB)

JAIME SANTANA,              :

                                    :          **ORDER**

                      Defendant.   :

                                         :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant Jamie Santana's letter to the court requesting the

appointment of new counsel.  (Doc. 215.)  The parties shall appear on June 10, 2026 at 2:00 p.m.

for a hearing regarding the appointment of counsel.

SO ORDERED.

Dated:  May 29, 2026
        New York, New York

                                  _____
                                    Vernon S. Broderick
                                    United States District Judge