UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                    v.                                      :
                                                            :        19-CR-734-2 (VSB)
JAIME SANTANA,                                              :
                                                            :        **ORDER**
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 28, 2026, I issued an order regarding an appointment of counsel hearing for Defendant Jaime Santana. (Doc. 216.) The Government has requested that I consider appointing counsel without holding a hearing. I agree, there does not need to be a hearing at this time and I will adjourn the hearing scheduled for June 10, 2026 *sine die*. I will appoint Criminal Justice Act ("CJA") attorney Samidh Guha to represent Defendant subject to the parties meeting and conferring concerning potential conflicts. If the parties determine there are conflicts they are directed to notify me as soon as they have made such a determination.

SO ORDERED.

Dated:  May 29, 2026
        New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge